# Unclaimed Funds

Entered 1/1/2001 to 7/9/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-30908-hjb 16582263 | COLLINS FINANCIAL SERVICES, ASSIGNEE OF GE MONEY BANK C/O KENNETH C. WILSON, ESQ. P. O. BOX 9127 NEEDHAM, MA 02492 02492 | 1,405.68 | 07/09/2014 |

**Grand Total: 1,405.68**